No. 83–1613. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. DARDEN. C. A. 11th Cir. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Wainwright* v. *Witt, ante*, p. 412.

No. 84–578. AVTEX FIBERS, INC. v. MCDOWELL. C. A. 3d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Trans World Airlines, Inc.* v. *Thurston, ante*, p. 111.

No. A–557. EITEL v. BALDWIN. Sup. Ct. Alaska. Application for stay, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–576. SEDIMA, S. P. R. L. v. IMREX CO., INC., ET AL. (No. 84–648) C. A. 2d Cir. [certiorari granted, *ante*, p. 1157]; and AMERICAN NATIONAL BANK & TRUST COMPANY OF CHICAGO ET AL. v. HAROCO, INC., ET AL. (No. 84–822) C. A. 7th Cir. [certiorari granted, *ante*, p. 1157]. Application of the Attorney General of Arizona for leave to file a consolidated brief as *amicus curiae* in excess of the page limitation, presented to JUSTICE MARSHALL, and by him referred to the Court, denied.

No. D–463. IN RE DISBARMENT OF HOPT. Disbarment entered. [For earlier order herein, see *ante*, p. 1069.]

No. D–466. IN RE DISBARMENT OF HILL. Disbarment entered. [For earlier order herein, see *ante*, p. 1083.]

No. D–473. IN RE DISBARMENT OF HUTCHINS. It is ordered that Robert White Hutchins, of Columbia, N. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–474. IN RE DISBARMENT OF KOZEL. It is ordered that William Thomas Kozel, of San Luis Obispo, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.